United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brian Ovalles-Gomez  
    Debtor

Case No. 17-14242-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: DonnaR | Page 1 of 1 | Date Rcvd: Feb 01, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2018.
db         +Brian Ovalles-Gomez,   4548 Bleigh Ave,   Philadelphia, PA 19136-4006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2018 at the address(es) listed below:
      ALFONSO G. MADRID    on behalf of Debtor Brian   Ovalles-Gomez alfonsomadridlawECF@gmail.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      LEON P. HALLER     on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
       dmaurer@pkh.com;mgutshall@pkh.com
      MATTEO SAMUEL WEINER     on behalf of Creditor    U.S. Bank National Association et. al.
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| BRIAN OVALLES-GOMEZ a/k/a | : | CASE NO: 17-14242JKF |
| BRIAN OVALLES | : | |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing Application for Compensation of Debtor's Attorney, and upon notice, opportunity for hearing, and/or certification of no objection, counsel fees are allowed in the following amounts:

> Total fee award:                              $ 2,500.00
> Attorney fee already paid by Debtor   $ 1,500.00
>
> **Net amount to be paid by Trustee  $ 1,000.00**

The net amount is to be paid by the Trustee to Alfonso Madrid, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_(signature)_

**Date: February 1, 2018**              _____
                                         Jean K. FitzSimon
                                         United States Bankruptcy Judge