# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| BRIAN OVALLES-GOMEZ a/k/a BRIAN OVALLES | : | CASE NO: 17-14242JKF |
| | : | |
| Debtor | : | |
| _____ | : | |

## ORDER

AND NOW, this 21st day of May 2018, upon consideration of the Debtor's Motion to Dismiss Chapter 13 Case (the "Motion");

IT IS ORDERED, that the Motion is GRANTED. The above-captioned case is DISMISSED.

FURTHER ORDERED that any wage orders are VACATED.

_____
Jean K. FitzSimon
United States Bankruptcy Judge