United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14242-jkf
Brian Ovalles-Gomez                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR           Page 1 of 2           Date Rcvd: May 22, 2018
                              Form ID: pdf900        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db         +Brian Ovalles-Gomez,    4548 Bleigh Ave,    Philadelphia, PA 19136-4006
13936938   ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
             (address filed with court: Choice Recovery Inc,     1550 Old Henderson Rd Ste 100,
             Columus, OH 43220)
14020712   +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
             Harrisburg, PA 17101-1406
13936941   +Usa Funds/sallie Mae Servicing,    Cbe Group,    Po Box 900,    Waterloo, IA 50704-0900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov May 23 2018 01:36:42     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2018 01:36:29
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 23 2018 01:36:38     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: bankruptcy@phila.gov May 23 2018 01:36:42     CITY OF PHILADELPHIA,
             BANKRUPTCY GROUP, MSB,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA  19102-1595
cr          E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2018 01:43:18     LVNV Funding LLC,
             c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
cr         +E-mail/Text: blegal@phfa.org May 23 2018 01:36:35     Pennsylvania Housing Finance Agency,
             211 N. Front Street,    Harrisburg, PA  17101,    U.S.A. 17101-1406
14023772    E-mail/Text: bankruptcy@phila.gov May 23 2018 01:36:42     City of Philadelphia,
             Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
13989129    E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2018 01:43:23
             LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13936939   +E-mail/Text: blegal@phfa.org May 23 2018 01:36:35     Pa Housing Finance Agency,   Po Box 8029,
             Harrisburg, PA 17105-8029
13936940   +E-mail/Text: blegal@phfa.org May 23 2018 01:36:35     Pa Housing Finance Agency,
             211 N Front St,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
              ALFONSO G. MADRID    on behalf of Debtor Brian  Ovalles-Gomez alfonsomadridlawECF@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association et. al.
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: DonnaR              Page 2 of 2            Date Rcvd: May 22, 2018
                              Form ID: pdf900           Total Noticed: 14

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                          TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| BRIAN OVALLES-GOMEZ a/k/a | : | CASE NO: 17-14242JKF |
| BRIAN OVALLES | : | |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

**ORDER**

AND NOW, this 21st day of May 2018, upon consideration of the Debtor's Motion to Dismiss Chapter 13 Case (the "Motion");

IT IS ORDERED, that the Motion is GRANTED. The above-captioned case is DISMISSED.

FURTHER ORDERED that any wage orders are VACATED.

_____
Jean K. FitzSimon
United States Bankruptcy Judge